Prepared by State Reporter from Appeal Papers

L. N. JACKSON COMPANY, INC., Respondent, *v.* ERIE
COUNTY TRUST COMPANY, Appellant.

*Banks and banking — fraud — false information — extension of credit
to insolvent corporation induced by false statement of bank.*

*Jackson Co., Inc.,* v. *Erie County Trust Co.,* 219 App. Div. 852,
affirmed.

(Argued October 14, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 17, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was for fraud and deceit. Plaintiff was a dealer in oils with its office in San Francisco. Having received inquiries for quotation of prices from East Aurora Vegetable Oil Refineries, Inc., it demanded a bank reference, whereupon it received the following telegram:

"1920 Aug. 24 A. M. 7 15

" A 95D 23

"East Aurora, N. Y. 9A 24

" L. N. Jackson and Co., Inc.,

"San Francisco, Calif.

"Referring East Aurora Vegetable Oil Refineries, Inc., now refining successfully with excellent prospects consider shipment with draft bill lading safe management honest and reliable.

"ERIE COUNTY TRUST COMPANY."

It thereupon shipped five carloads of oil to the East Aurora Company. Only one was paid for. There was evidence that the statements in the telegram were false and that the East Aurora Company was insolvent to the knowledge of defendant when it was sent.

*Wortley B. Paul* and *Wells W. Parker* for appellant.

*Edward C. Schlenker, Joseph H. Morey* and *David T. Murray* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ.  Not sitting: KELLOGG, J.

LEDYARD COGSWELL, JR., et al., Appellants, *v.* ALBERTINE TOPEL et al., Respondents.

*Real property — partition — title — complaint in action to partition real property dismissed.*

*Cogswell* v. *Topel*, 221 App. Div. 821, affirmed.

(Argued October 14, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 16, 1927, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term.  The action was for partition of real property.  On motion to confirm the report of a referee the Special Term disapproved the findings in so far as they stated that the plaintiffs are seized and possessed as tenants by the entirety of a vested remainder in fee simple of an equal undivided one-half of the real property described in the complaint after the death of John August Dargatz, and holding that the sole interest of the plaintiffs in said real property is an estate by the entirety during the life of said John August Dargatz and that, as a matter of law, they are not entitled to maintain this action, directed a dismissal of the complaint.

*Charles E. Nichols, Jr.,* for appellants.

*Ernest W. Rieck* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ.  Not sitting: KELLOGG, J.